Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Luis A. Garcia, Trial Attorney** (CSBN #146876)
Office of the Solicitor (SOL#1018986)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
　　　Telephone: (213) 894-2681
　　　Facsimile:  (213) 894-2064
　　　garcia.luis.a@dol.gov
Attorneys for the Plaintiff
Secretary of Labor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, | Case No. CV 10-9820 VBF (JEMx) |
| Plaintiff, | ~~[Proposed]~~ |
| v. | |
| **JNB 720, INC.,** a California corporation; **POP CORN, INC.,** a California corporation; and **KWANG WON KIM** a.k.a. **DANIEL KIM,** Individually, and as the Managing Agent of the Corporate Defendants, | **FIRST AMENDED DEFAULT JUDGMENT BY THE COURT** |
| Defendants. | |

   The plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Plaintiff" or "Secretary"), has filed her *Complaint for Injunctive Relief and to Recover Amounts Due Under the Fair Labor Standards Act* ("Complaint") herein; and the defendants JNB 720, INC., a California corporation ("JNB 720"), POP CORN, INC., a California corporation ("POP CORN"), and KWANG WON KIM a.k.a. DANIEL KIM ("KIM"), Individually, and as the Managing Agent of the Corporate Defendants (hereafter collectively referred to as the "Defendants") have been duly served with Summons

and a copy of Plaintiff's Complaint; and the default of the Defendants has been entered for failure to serve or file any answer of other pleading; and the Plaintiff has served and filed the Plaintiff's Application for Default Judgment by the Court ("Application"), along with a supporting Declaration of the Plaintiff's investigator, Assistant District Director Eric Williams, which verifies the allegations of the plaintiff's Complaint, including the minimum wages and overtime compensation due; now therefore, it is on Application of the Plaintiff and for cause shown:

**ORDERED** that Plaintiff's Application be, and hereby is, granted in full and that judgment by default be entered in favor of the Plaintiff and against the Defendants in accordance with the prayer for relief in Plaintiff's Complaint herein; and it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(1), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §§ 201, et seq.) herein called the FLSA, 29 U.S.C. §§ 215(a)(1), 215(a)(2), and 215(a)(5), in any of the following manners:

1.      Defendants shall not, contrary to FLSA § 6, 29 U.S.C. § 206, pay any employee who in any workweek is engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), 29 U.S.C. § 203(s), engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), wages at a rate less than $7.25 an hour (or at a rate less than such other applicable minimum rate as may hereafter become effective pursuant to any amendment to the FLSA).
////

2.      Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce or the production of goods for commerce, within the meaning of the FLSA, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of Section 3(s) of the FLSA, 29 U.S.C. § 203(s), for a workweek longer than 40 hours unless the employee is paid for his or employment in excess of 40 hours in such workweek at a rate not less than one and one half the employee's regular rate at which he or she is employed.

3.      Defendants shall not fail to make, keep, make available to authorized agents of Plaintiff for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

4.      Defendants shall not fail to preserve for a period of two years and make available (to authorized agents of the plaintiff for inspection, transcription, and/or copying upon their demand for such access) order, shipping, and billing records made or retained in the usual course of business operations by defendant(s), as prescribed by regulations issued, and from time to time amended, pursuant to FLSA § 11, 29 U.S.C. § 211 and found in Title 29, Code of Federal Regulations, Part 516, at § 516.6(b).

5.      Defendants shall not, contrary to FLSA § 15(a)(1), 29 U.S.C. § 215(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee has been employed in violation of FLSA §§ 6 and/or 7, 29 U.S.C. §§ 206 and/or 207, and it is further

////

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT                    Page 3 of 20

1    **ORDERED, ADJUDGED, AND DECREED** that Defendants, jointly and sever-
2    ally shall not continue to withhold $267,063.94, the unpaid balance of $520,871.19, in
3    unpaid minimum wage and overtime compensation found due under the FLSA to em-
4    ployees of Defendants for the period of time from January 1, 2009 to March 9, 2010, as
5    set forth in the exhibit that is attached hereto, marked "Exhibit 1," and made a part
6    hereof, showing the names of each employee and listing on the same line thereof the pe-
7    riod of such employment covered therein for the employee and the gross backwage
8    amount due the employee; and it is further,

9    **ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall also have
10   and recover from the Defendants, jointly and severally, the additional amount of
11   $520,871.19 as and for liquidated damages hereby found due under the FLSA; and it is
12   further,

13   **ORDERED** that Plaintiff shall allocate and distribute the remittances, or the pro-
14   ceeds thereof, as soon as practicable, to the persons named in the attached "Exhibit 1,"
15   or to their estates if that be necessary, in her sole discretion.  The Secretary shall be re-
16   sponsible for deducting from the amounts paid to said persons the employees' share of
17   F.I.C.A. and federal income taxes, and for remitting said deductions to the appropriate
18   federal agencies.  Any money not so paid within a period of three (3) years from the date
19   of its receipt, because of an inability to locate the proper persons or because of their re-
20   fusal to accept it, shall be deposited by the Secretary in a special deposit account for
21   payment to the proper persons and upon such inability to pay within three (3) years, shall
22   then be deposited in the Treasury of the United States, as miscellaneous receipts, pursu-
23   ant to 29 U.S.C. § 216(c); and, it is further
24   ////
25   ////
26   ////
27   ////
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDERED** that pursuant to the immediately preceding three paragraphs and within twenty (20) days of entry of this First Amended Default Judgment by the Court, Defendants shall not fail to deliver a certified or cashier's check or money order, made payable to Wage and Hour, Div. of Labor, in the amount of $787,935.13, in payment of the aforesaid unpaid minimum wage and overtime compensation and liquidated damages to Plaintiff's authorized representatives at:

U.S. Department of Labor

Wage and Hour Division

West Covina District Office

100 North Barranca Avenue, Suite 850

West Covina, CA  91791

**ORDERED** that the filing, pursuit, and/or resolution of this proceeding with entry of this First Amended Default Judgment by the Court shall not act as or be asserted as a bar to any action under FLSA § 16, 29 U.S.C. § 216, as to any employee not named, and it is further

**ORDERED** that this Court shall retain jurisdiction of this action for the purpose of enforcing this First Amended Default Judgment by the Court.

**SO ORDERED**.

Dated:  8-17-11

*Valerie Baker Fairbank*
_____
HON. VALARIE BAKER FAIRBANK
U.S. DISTRICT COURT JUDGE

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT                    Page 5 of 20

1

2

3

## EXHIBIT 1

### JNB 720, INC. EMPLOYEES

| LAST NAME | FIRST NAME | Period of Employment | Gross Back Wages |
|---|---|---|---|
| Adres | Juan J. | 05/16/2009 to 05/16/2009 | $162.00 |
| Aguilar | Rosario | 04/18/2009 to 05/16/2009 | $810.00 |
| Alvarado | Carlos | 01/31/2009 to 05/16/2009 | $2,592.09 |
| Alvarado | Victoria | 04/25/2009 to 05/16/2009 | $648.00 |
| Alvarez | Marxoquro | 01/31/2009 to 05/16/2009 | $3,240.00 |
| Bautista | Luciano | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Boldovino | Benicia | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Candolan | Mateo | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Carlos | Alonzo | 03/28/2009 to 05/16/2009 | $1,296.00 |
| Castillo | Julio | 04/04/2009 to 05/16/2009 | $1,134.00 |
| Castillo | Julio | 05/02/2009 to 05/15/2009 | $486.00 |
| Castro | Guadalupe | 04/25/2009 to 05/16/2009 | $648.00 |
| Cedeno | Vicente | 02/28/2009 to 05/16/2009 | $1,944.00 |
| Chamorro | Luis | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Chan | Santos A. | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Chavez | Oscar | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Chuta | Erick | 01/03/2009 to 05/16/2009 | $3,240.00 |

| Clemente | Leticia | 03/28/2009 to 05/16/2009 | $1,296.00 |
|---|---|---|---|
| De Paz | Antonio | 03/28/2009 to 05/16/2009 | $1,296.00 |
| De Paz | Santos | 02/28/2009 to 05/16/2009 | $1,944.00 |
| Fabian | Juan | 02/07/2009 to 05/16/2009 | $2,430.00 |
| Flores Sanchez | Sofia | 01/10/2009 to 05/16/2009 | $3,240.00 |
| Fuentes | Javier | 05/09/2009 to 05/16/2009 | $324.00 |
| Garcia | Antonio | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Garcia | Daniel | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Garcia | Nicolas | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Gaspar | Francisco | 05/16/2009 to 05/16/2009 | $162.00 |
| Gomez | Casimilo | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Gomez | Elizabeth | 04/11/2009 to 05/16/2009 | $972.00 |
| Gomez | Norma E. | 01/31/2009 to 05/16/2009 | $2,592.00 |
| Gomez | Roman | 03/28/2009 to 05/16/2009 | $1,296.00 |
| Gonzales | Maria | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Gonzales | Oswaldo | 04/04/2009 to 05/16/2009 | $1,134.00 |
| Gonzalez | Cesar | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Gonzalez | Osualdo | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Guevara | Carolina | 01/03/2009 to 05/16/2009 | $3,240.00 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 7 of 20

| | | | |
|---|---|---|---|
| Gutrenez | Filomena | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Hern | Guillermo | 04/25/2009 to 05/16/2009 | $648.00 |
| Hernandez | Carmen | 02/07/2009 to 05/16/2009 | $2,430.00 |
| Hernandez | Hector | 02/28/2009 to 05/16/2009 | $1,944.00 |
| Hernandez | Pablo | 05/09/2009 to 05/15/2009 | $324.00 |
| Hernandez | Pablo | 03/14/2009 to 05/16/2009 | $1,620.00 |
| Hernandez | Pablo | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Herrera | Anayeli | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Herrera | Norma | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Huerta | Genoveva | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Jimenez | Juan Fabian | 02/07/2009 to 05/16/2009 | $2,430.00 |
| Jose | Maria | 03/28/2009 to 05/16/2009 | $1,296.00 |
| Juan | Candlario | 02/07/2009 to 02/28/2009 | $648.00 |
| Lopez | Diego | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Lopez | Pascuala | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Lucas | Zenaeda | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Luna | Jean | 05/02/2009 to 05/16/2009 | $486.00 |
| Luna | Tua | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Martin | Maria | 02/28/2009 to 05/16/2009 | $1,944.00 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 8 of 20

| Mateo | Lucia | 05/16/2009 to 05/16/2009 | $162.00 |
| Melendez | Carmilina | 02/07/2009 to 05/16/2009 | $2,430.00 |
| Miguel | Martin | 05/09/2009 to 05/16/2009 | $324.00 |
| Moreno | Lorenzo | 05/16/2009 to 05/16/2009 | $162.00 |
| Movles | Carlos | 03/07/2009 to 05/16/2009 | $1,782.00 |
| Orellana | Susana | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Pablo | Faustino | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Pablo | Jovita | 04/25/2009 to 05/16/2009 | $648.00 |
| Palacio | Lucina | 04/18/2009 to 05/16/2009 | $810.00 |
| Peres | Aura | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Perez | Ignacio J | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Perez | Raquel | 05/09/2009 to 05/16/2009 | $324.00 |
| Prudencia | Maria | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Ramirez | Alfonso | 03/21/2009 to 05/16/2009 | $1,458.00 |
| Ramirez | Marina | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Ramos | Santos | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Rios Ruiz | Alejandra | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Rivera | Samuel | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Romaro | Alejandro | 01/03/2009 to 05/16/2009 | $3,240.00 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT            Page 9 of 20

| Romero | Gregorio | 02/14/2009 to 05/16/2009 | $2,268.00 |
|---|---|---|---|
| Rubio | Leo | 04/04/2009 to 05/02/2009 | $810.00 |
| Rubio | Leodegario | 02/28/2009 to 05/16/2009 | $1,944.00 |
| Rubio | Marina | 01/02/2009 to 05/16/2009 | $3,240.00 |
| Sajche | Tomas | 04/25/2009 to 05/16/2009 | $648.00 |
| Sanchez | Ingrid | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Sanchez | Reyes | 04/25/2009 to 05/16/2009 | $648.00 |
| Santos | Jaime | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Santos | Jaime | 03/21/2009 to 05/16/2009 | $1,458.00 |
| Simon Agustin | Mateo | 01/31/2009 to 05/16/2009 | $2,592.00 |
| Sipar | Santos | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Sucup | Carmen | 01/03/2009 to 05/16/2009 | $3,240.00 |
| Tomas | Francisco | 02/28/2009 to 05/16/2009 | $1,944.00 |
| | | **TOTAL** | **$190,188.00** |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT     Page 10 of 20

1

2

**POP CORN, INC. EMPLOYEES**

| LAST NAME | FIRST NAME | Period of Employment | Gross Back Wages |
|---|---|---|---|
| Acosta | Gloria | 03/07/2010 to 03/07/2010 | $323.18 |
| Aguilar | Rosario | 06/14/2009 to 02/28/2010 | $728.17 |
| Aguirre | Daniela | 12/13/2009 to 03/07/2010 | $3,006.39 |
| Agustin | Mateo S. | 06/21/2009 to 06/21/2009 | $287.38 |
| Alejandro | Pascual | 01/10/2010 to 01/10/2010 | $419.06 |
| Alfredo | Antonio | 09/06/2009 to 09/06/2009 | $147.80 |
| Almaraz | Maira | 01/31/2010 to 03/07/2010 | $1,289.99 |
| Alvarado | Carlos | 07/12/2009 to 07/12/2009 | $298.90 |
| Alvarado | Victoria | 06/21/2009 to 06/21/2009 | $363.88 |
| Alvarez | Mardoqueo | 06/14/2009 to 09/20/2009 | $1,036.16 |
| Arroyo | Tomas | 02/28/2010 to 02/28/2010 | $299.16 |
| Avina | Irene | 02/28/2010 to 02/28/2010 | $384.22 |
| Barranco | Paula | 06/21/2010 to 08/16/2009 | $468.33 |
| Bautista | Luciano | 06/14/2009 to 09/20/2009 | $1,413.22 |
| Bernardo | Alex | 01/10/2010 to 01/10/2010 | $364.88 |
| Brambila | Maria | 06/14/2009 to 03/07/2010 | $3,925.77 |
| Bravo | Saul | 01/24/2010 to 01/24/2010 | $279.77 |
| Cabrerra | Blanca | 01/31/2010 to 03/07/2010 | $2,061.15 |

| Cabrerra | Maria | 01/31/2010 to 03/07/2010 | $1,296.19 |
| Calderon | Alfredo | 12/13/2009 to 03/07/2010 | $2,545.20 |
| Campos | Ana D. | 02/21/2010 to 03/07/2010 | $610.30 |
| Caranza | Yuliana | 09/06/2009 to 03/07/2010 | $5,589.94 |
| Carolina | Wendy | 08/02/2009 to 03/07/2010 | $6,664.93 |
| Carranza | Marisol | 06/21/2009 to 03/07/2010 | $6,708.62 |
| Castillo | Julio | 06/14/2009 to 01/24/2010 | $1,011.42 |
| Castro | Guadalupe | 06/14/2009 to 06/14/2009 | $467.90 |
| Castro | Marisol | 02/07/2010 to 03/07/2010 | $1,535.35 |
| Centino | Guillermina | 01/24/2010 to 01/24/2010 | $434.82 |
| Cesar Perez | Julio | 02/07/2010 to 03/07/2010 | $1,074.99 |
| Chan | Juan | 12/13/2009 to 03/07/2010 | $2,794.97 |
| Chan | Santo | 06/14/2009 to 06/21/2009 | $388.83 |
| Chavez | Ana Lilia | 03/07/2010 to 03/07/2010 | $319.96 |
| Chavez | Silvia | 02/21/2010 to 03/07/2010 | $784.47 |
| Chuta | Erick | 06/14/2009 to 06/14/2009 | $423.38 |
| Clemente | Leticia | 06/14/2009 to 03/07/2010 | $5,280.26 |
| Corado | Ronaldo | 06/14/2009 to 10/04/2009 to | $1,559.74 |
| Cruz | Juvencio | 12/13/2009 to 03/07/2010 | $2,794.97 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 12 of 20

| | | | |
|---|---|---|---|
| De La Paz | Maria | 01/03/2009 to 01/24/2010 | $816.36 |
| Dionisio | Teresa | 09/20/2009 to 03/07/2010 | $5,222.83 |
| Domingo | Martin | 01/10/2010 to 01/24/2010 | $613.99 |
| Duran | Alma | 06/07/2009 to 03/07/2010 | $8,806.17 |
| Elias | Donato | 01/10/2010 to 02/28/2010 | $986.13 |
| Escamilla | Alma | 01/24/2020 to 01/24/2010 | $179.96 |
| Estrada | Rita | 12/13/2010 to 03/07/2010 | $3,045.16 |
| Fabian | Juan | 06/14/2009 to 10/04/2009 | $1,541.11 |
| Flores | Abelina | 01/24/2010 to 01/24/2010 | $215.00 |
| Flores | Amado | 02/21/2010 to 03/07/2010 | $633.37 |
| Flores | Antonio | 01/24/2010 to 01/24/2010 | $402.33 |
| Flores | Celestina | 02/28/2010 to 02/28/2010 | $395.00 |
| Flores | Digna C | 03/07/2010 to 03/07/2010 | $311.20 |
| Flores | Linda | 03/07/2010 to 3/07/2010 | $215.00 |
| Galeana | Leonel | 06/07/2009 to 03/07/2010 | $8,384.91 |
| Galindo | Reyna | 12/13/2009 to 03/07/2010 | $2,905.93 |
| Garcia | Alejandrina | 07/19/2009 to 03/07/2010 | $4,429.18 |
| Garcia | Josefina | 02/28/2010 to 02/28/2010 | $329.59 |
| Garcia | Maria | 08/16/2009 to 08/16/2009 | $242.24 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 13 of 20

| Garcia | Miguel | 09/27/2009 to 10/04/2009 | $187.71 |
|--------|--------|--------------------------|---------|
| Garcia | Mirna L. | 01/03/2010 to 03/07/2010 | $2,476.44 |
| Garcia | Nicolas | 06/21/2009 to 09/27/2009 | $1,286.48 |
| Giron | Jesus | 12/12/2009 to 03/07/2010 | $2,628.55 |
| Gomez | Casimiro H. | 06/14/2009 to 06/28/2009 | $737.93 |
| Gomez | Roman | 06/14/2009 to 06/14/2009 | $433.56 |
| Gonzales | Gabriela | 02/07/2010 to 03/07/2010 | $1,435.28 |
| Gonzales | Oseas | 06/14/2009 to 03/07/3010 | $3,369.72 |
| Gonzalez | Cesar | 06/14/2009 to 03/07/2010 | $2,495.94 |
| Gonzalez | Lucia | 06/21/2009 to 06/21/2009 | $341.84 |
| Gonzalez | Maria | 06/14/2009 to 03/07/2010 | $3,860.65 |
| Gonzalez | Oswaldo | 06/14/2009 to 03/07/2010 | $2,779.89 |
| Gordillo | Virginia | 02/07/2009 to 03/07/2010 | $1,212.79 |
| Gutierrez | Filomena | 06/07/2009 to 03/07/2010 | $9,552.32 |
| Herminia | Arzate | 06/21/2010 to 03/07/2010 | $3,178.08 |
| Hernandes | Carmen | 06/14/2009 to 02/28/2010 | $1,658.72 |
| Hernandes | Daniel | 01/03/2010 to 03/07/2010 | $1,882.30 |
| Hernandes | David | 02/28/2010 to 02/28/2010 | $308.20 |
| Hernandes | Felipe | 02/28/2010 to 02/28/2010 | $305.59 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 14 of 20

| Hernandez | Antonio | 07/28/2009 to 08/30/2009 | $883.29 |
|---|---|---|---|
| Hernandez | Carmen | 02/14/2010 to 03/07/2010 | $969.80 |
| Hernandez | Josefina | 01/24/2010 to 01/24/2010 | $252.43 |
| Hernandez | Marina | 06/07/2009 to 03/07/2010 | $10,036.24 |
| Hernandez | Mauda | 01/24/2010 to 03/07/2010 | $1,646.97 |
| Hernandez | Mayra | 02/28/2010 to 02/28/2010 | $410.19 |
| Hernandez | Pablo | 06/21/2009 to 08/30/2009 | $245.22 |
| Herrera | Anayeli | 01/03/2010 to 03/07/2010 | $2,444.01 |
| Herrera | Luis | 08/02/2009 to 08/02/2009 | $221.56 |
| Herrera | Norma | 06/14/2009 to 10/18/2009 | $4,007.17 |
| Huerta | Genoveva | 06/14/2009 to 10/11/2009 | $590.33 |
| Jimenez | Isac | 12/13/2009 to 03/07/2010 | $2,786.13 |
| Leyva | Juana M | 01/10/2010 to 03/07/2010 | $1,319.60 |
| Leyva | Martha | 01/03/2010 to 03/07/2010 | $2,058.02 |
| Lopes | Pascuala | 06/14/2009 to 01/14/2010 | $1,464.16 |
| Lopez | Diego | 06/14/2009 to 03/07/2010 | $5,809.97 |
| Lopez | Felipe | 01/10/2010 to 01/10/2010 | $371.98 |
| Lopez | Ismael | 01/10/2010 to 01/10/2010 | $438.00 |
| Lopez | Matias | 09/13/2009 to 09/13/2009 | $267.92 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 15 of 20

| Marcias | Rogelio | 03/07/2010 to 03/07/2010 | $285.40 |
|---|---|---|---|
| Mantancio | Tomas | 01/24/2010 to 03/07/2010 | $987.31 |
| Maria | Luz | 06/21/2009 to 01/24/2010 | $744.33 |
| Martin | Maria | 06/14/2009 to 01/24/2010 | $1,262.99 |
| Martinez | Margarito | 12/13/2009 to 03/07/2010 | $2,913.29 |
| Mejia | Rogelio | 01/24/2010 to 01/24/2010 | $328.70 |
| Melara | Veronica | 01/03/2010 to 03/07/2010 | $2,149.98 |
| Melendez | Carmelina | 06/14/2009 to 03/07/2010 | $5,319.91 |
| Menchu | Maria J, | 02/07//2010 to 03/07/2010 | $1,076.72 |
| Mendez | Roberto | 07/19/2009 to 07/19/2009 | $234.36 |
| Mendoza | Rosa Maria | 02/28/2009 to 03/07/2010 | $493.80 |
| Mercado | Felix | 01/24/2010 to 01/24/2010 | $322.68 |
| Mojica | Maria | 01/24/2010 to 01/24/2010 | $198.00 |
| Monroy | Ampelia P, | 03/07/2009 to 03/07/2010 | $339.79 |
| Montano | Israel | 02/07/2010 to 03/07/2010 | $1,027.99 |
| Montaras | Dinora | 01/03/2010 to 03/07/2010 | $1,469.66 |
| Morales | Carlos | 06/14/2009 to 08/30/2009 | $626.26 |
| Moreno | Lorenzo | 06/21/2009 to 10/11/2009 | $2,352.88 |
| Murillo | Maricela | 03/07/2010 to 03/07/2010 | $445.70 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 16 of 20

| Nava | Luis | 01/03/2010 to 03/07/2010 | $1,574.46 |
|---|---|---|---|
| Navarro | Flor | 02/07/2010 to 03/07/2010 | $1,590.81 |
| Nicholas | Pablo | 01/24/2010 to 01/24/2010 | $463.76 |
| Olvera | Victor | 06/07/2009 to 03/07/2010 | $6,822.96 |
| Orosco | Felipe | 01/24/2010 to 01/24/2010 | $345.14 |
| Ortega | Pablo | 12/13/2009 to 03/07/2010 | $2,794.97 |
| Pablo | Jovita | 08/16/2009 to 09/13/2009 | $484.20 |
| Palacios | Luciana | 06/21/2009 to 10/04/2009 | $2,946.27 |
| Pantoja | Belen | 12/13/2009 to 03/07/2010 | $3,200.97 |
| Paxtor | Vivian | 07/05/2009 to 03/07/2010 | $5,503.34 |
| Pedro | Mario | 01/10/2010 to 01/24/2010 | $440.68 |
| Pedro | Miguel | 08/02/2009 to 09/27/2009 | $623.41 |
| Perez | Aura | 07/19/2009 to 08/30/2009 | $665.84 |
| Perez | Julio L. | 02/28/2010 to 03/07/2010 | $380.32 |
| Prado | Rosa | 02/28/2010 to 03/07/2010 | $489.38 |
| Prudencia | Maria | 06/14/2009 to 03/07/2010 | $4,429.15 |
| Quintero | Mariana | 03/07/2010 to 03/07/2010 | $374.02 |
| Ramirez | Alfonso | 06/21/2009 to 06/21/2009 | $253.59 |
| Ramirez | Mariana | 06/21/2009 to 03/07/2010 | $4,032.77 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 17 of 20

| | | | |
|---|---|---|---|
| Ramiro | Mario | 08/16/2009 to 08/16/2009 | $253.28 |
| Ramos | Nolberto | 02/28/2010 to 02/28/2010 | $430.76 |
| Ramos | Santos | 06/14/2009 to 10/18/2009 | $1,904.65 |
| Rangel | Fidelia | 01/24/2010 to 01/24/2010 | $457.06 |
| Rendon | Miguel | 06/21/2009 to 08/09/2009 | $450.29 |
| Reyes | Elena | 07/19/2009 to 03/07/2010 | $6,488.37 |
| Rios | Graciela | 06/07/2009 to 03/07/2010 | $9,251.42 |
| Rodriguez | Julia | 03/07/2010 to 03/07/2010 | $367.80 |
| Rodriguez | Salvador | 01/24/2010 to 01/24/2010 | $405.12 |
| Romero | Alejandro | 06/14/2009 to 01/24/2010 | $1,342.99 |
| Romero | Gregorio | 06/07/2009 to 30/07/2010 | $8,574.25 |
| Rosales | Angel | 07/26/2009 to 10/11/2009 | $1,246.05 |
| Rubio | Leodegardo | 06/12/2009 to 03/07/2009 | $5,832.24 |
| Rubio | Mariana | 06/14/2009 to 02/14/2010 | $1,724.71 |
| Ruiz | Eduardo | 08/02/2009 to 01/24/2010 | $576.94 |
| Sajche | Tomas | 06/14/2009 to 06/21/2009 | $496.50 |
| Sadivar | Gerardo | 08/02/2009 to 02/28/2010 | $3,880.28 |
| Sanchez | Ingriol | 06/14/2009 to 06/14/2009 | $375.59 |
| Sanchez | Teresa | 10/18/2009 to 03/07/2010 | $1,783.75 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 18 of 20

| Santos | Ines A. | 01/03/2010 to 03/07/2010 | $2,206.16 |
|---|---|---|---|
| Santos | Jaime | 06/14/2009 to 07/19/2009 | $862.32 |
| Serrano | Juan Carlos | 08/02/2009 to 02/21/2010 | $1,194.33 |
| Sipac | Santos | 06/14/2009 to 09/06/2009 | $1,328.99 |
| Solis | Leticia | 06/14/2009 to 03/07/2010 | $4,262.57 |
| Sucup | Carmen | 06/14/2009 to 06/21/2009 | $512.70 |
| Tejas | Fernando | 12/13/2009 to 03/07/2010 | $2,908.92 |
| Thinora Monjaras | Elvia | 10/04/2009 to 03/07/2010 | $4,729.95 |
| Timilia | Sandra | 01/03/2010 to 03/07/2010 | $2,593.65 |
| Tistoj | Jose | 01/24/2010 to 03/07/2010 | $1,212.33 |
| Toribio | Elizabeth | 01/10/2010 to 03/07/2010 | $2,228.87 |
| Torres | Ana | 02/28/2010 to 03/07/2010 | $430.00 |
| Trini | Irma | 01/24/2010 to 01/24/2010 | $467.49 |
| Ulloa | Norma Yanira | 01/24/2010 to 03/07/2010 | $1,589.99 |
| Uribe | Rosario | 06/28/2009 to 06/28/2009 | $368.29 |
| Valladarez | Viviana | 06/21/2009 to 03/07/2010 | $3,538.92 |
| Vasquez | Constantino | 01/10/2010 to 03/07/2010 | $1,983.79 |
| Vazquez | Mariana | 01/03/2010 to 03/07/2010 | $2,683.19 |
| Vela | Niki | 06/14/2009 to 03/07/2010 | $8,212.03 |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 19 of 20

| | | | |
|---|---|---|---|
| Velasquez | Maritza | 09/20/2009 to 09/20/2009 | $331.82 |
| Velasquez | Osmar | 09/20/2009 to 09/20/2009 | $376.30 |
| Velasquez | Santos | 02/28/2010 to 03/07/2010 | $575.06 |
| Velazquez | Blanca | 03/07/2010 to 03/07/2010 | $431.72 |
| Velazquez | Yasmin | 01/24/2010 to 01/24/2010 | $448.16 |
| Victoria | Rogelio | 08/02/2009 to 03/07/2010 | $2,721.75 |
| Yanez | Florina | 02/07/2010 to 03/07/2010 | $1,231.96 |
| | | **TOTAL:** | **$330,683.19** |

FIRST AMENDED DEFAULT JUDGMENT BY THE COURT          Page 20 of 20